```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 13382
   JOHNNY L PIPPEN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3620


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/26/2007 and was not confirmed.

     The case was dismissed without confirmation 10/01/2007.
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG         .00           .00          .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE    26434.92           .00          .00
INTERNAL REVENUE SERVICE PRIORITY          5851.70           .00          .00
INTERNAL REVENUE SERVICE PRIORITY        NOT FILED           .00          .00
COMMONWEALTH EDISON      UNSECURED         1207.02           .00          .00
CREDIT PROTECTION ASSOCI UNSECURED        NOT FILED          .00          .00
CUBSA INC                UNSECURED        NOT FILED          .00          .00
NICOR GAS                UNSECURED         4305.88           .00          .00
ATT                      UNSECURED        NOT FILED          .00          .00
INTERNAL REVENUE SERVICE UNSECURED         3597.90           .00          .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      2,914.00                        .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS               DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                       --------------        --------------
TOTALS                      .00                      .00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 13382 JOHNNY L PIPPEN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 13382 JOHNNY L PIPPEN